PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: Johnny Estrada           Case Number: A-05-CR-067(9)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: March 28, 2006

Original Offense: Conspiracy to Possess with Intent to Distribute Heroin, Methamphetamine (including ice), marijuana and cocaine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(A) and 21 U.S.C. § 841(b)(1)(C)

Original Sentence: Sentenced to two hundred and ninety-two (292) months custody in the Bureau of Prisons followed by five (5) years of supervised release with special conditions: substance abuse treatment and prohibited gang association

Type of Supervision: Supervised Release          Date Supervision Commenced: June 4, 2022

Assistant U.S. Attorney: Michelle E. McElroy       Defense Attorney: Russell D. Hunt, Jr. (Appt)

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Non-compliance:** On December 13, 2022, the defendant reported to the office and voluntarily admitted to using cocaine on or about December 8, 2022.

**U.S. Probation Officer Action:** On December 13, 2022, Estrada admitted to the use of cocaine and requested drug treatment to address his substance abuse issues. The defendant submitted a negative urine sample on December 19, 2022. It is respectfully recommended that no action be taken at this time to allow the defendant to complete substance abuse treatment.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Estrada incur any further violations, the Court will be immediately notified.

Approved:

_____
Craig Handy
Supervising U. S. Probation Officer
Date: January 12, 2023

Respectfully submitted,

_____
Lauro Garza
United States Probation Officer
Date: January 12, 2023

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: January 18, 2023.