PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Johnny Estrada</u>                Case Number: <u>A-05-CR-067(9)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>March 28, 2006</u>

Original Offense: <u>Conspiracy to Possess with Intent to Distribute Heroin, Methamphetamine (including ice), marijuana and cocaine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(A) and 21 U.S.C. § 841(b)(1)(C)</u>

Original Sentence: <u>Sentenced to two hundred and ninety-two (292) months custody in the Bureau of Prisons followed by five (5) years of supervised release with special conditions: substance abuse treatment and prohibited gang association</u>

Type of Supervision: <u>Supervised Release</u>        Date Supervision Commenced: <u>June 4, 2022</u>

Assistant U.S. Attorney: <u>Michelle E. McElroy</u>    Defense Attorney: <u>Russell D. Hunt, Jr. (Appt)</u>

---

### PREVIOUS COURT ACTION

On January 18, 2023, a Probation Form 12A was filed with the Court to advise of Estrada's admitted use of cocaine. It was recommended that no action be taken to allow Estrada to commence substance abuse counseling. The Court concurred.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Non-compliance:** On January 27, 2023, the defendant submitted a random urine sample that tested positive for cocaine.

Estrada, Johnny
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The defendant has maintained full time employment and has remained sober after the positive use. He is attending narcotic anonymous meetings and is avoiding people and places of disreputable character. It is respectfully recommended that no action be taken at this time to allow the defendant to complete intensive substance abuse treatment.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Estrada incur any further violations, the Court will be immediately notified.

Approved:

_____
Craig A. Handy
Supervising U. S. Probation Officer
Date: March 8, 2023

Respectfully submitted,

_____
Lauro Garza
United States Probation Officer
Date: March 8, 2023

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  March 8, 2023